AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Maryland _____

GEORGE C. HARRIS and
DORIS J. HARRIS

**SUMMONS IN A CIVIL ACTION**

V

EXPERIAN INFORMATION SOLUTIONS, INC

CASE NUMBER

AW 05 CV 2355

TO: (Name and address of Defendant)

EXPERIAN INFORMATION SOLUTIONS, INC.
C/O THE CORPORATION TRUST INCORPORATED
300 East Lombard Street
Baltimore, Maryland 21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

H. Mark Stichel
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon

CLERK _____   DATE  8/29/05

(By) DEPUTY CLERK